# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROY A. O'GUINN,

                Plaintiff,

v.

ISIDRO BACA, *et al.*,

                Defendants.

3:18-cv-00469-MMD-CSD

**ORDER**

    Before the court is Plaintiff's Motion for Enlargement of Time (ECF No. 53). Plaintiff requests an additional sixty (60) days to file his response to Defendants' Motion for Summary Judgment (ECF No. 44).

    Plaintiff's Motion for Enlargement of Time (ECF No. 53) is **GRANTED** in part to the extent that Plaintiff shall have to and including **Tuesday, April 5, 2022,** in which to file a response to Defendants' Motion for Summary Judgment (ECF No. 44).

    **IT IS SO ORDERED.**

    DATED: March 15, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

1